UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Shamsay Habeeb et al      CIVIL NO. 97-2537 (DRD)

v.

Defendant(s) Marriott P.R. Management Corporation, et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 19 | ☒ GRANTED. |
| Date: July 27/1999. | ☐ DENIED. |
| Title: Motion for leave to file a 3d amended complaint... | ☐ MOOT. |
|  | ☐ NOTED. |
|  | The clerk will issue the corresponding summons against American International Insurance Company of Puerto Rico, Inc. |

RECEIVED AND FILED
99 OCT 27 AM 7:52
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: October 25, 1999.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE