# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Shamsay Habeeb et al_

VS.                                CIVIL NO. _97-2537_ (DRD)

Defendant(s) _Marriott P.R. Mgt. Corp et al_

## DESCRIPTION OF MOTION

| DATE FILED: 4/14/2000 DOCKET: | TITLE: Motion for setting pretrial conference |
|---|---|
| [X] Plffs.        [ ] Defts. | |

## ORDER

This case is scheduled as above stated for _June 16, 2000,_ at _1:30_ P.M.

- [ ] Status/Scheduling Conference
- [X] Pre-trial
- [ ] Settlement Conference
- [ ] Trial
- [ ] Hearing on Motions
- [ ] Oral Argument
- [ ] Evidentiary Hearing
- [ ] Suppression Hearing
- [ ] De Novo Hearing
- [ ] Show Cause Hearing
- [ ] Injunction Hearing
- [ ] Foster Hearing
- [ ] Other:

_May 8, 2000_
DATE

_Daniel R. Dominguez_
DANIEL R. DOMINGUEZ