UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**  DATE: June 23, 2000

**CIVIL NO. 97-2537 (DRD)**

COURTROOM DEPUTY: Janet **GONZALEZ**

===================================================================

SHAMSAY HABEEB, et al.          ATTORNEYS: Francisco TRONCOSO
                                                      Richard SCHELL
Plaintiffs

v.

MARRIOTT RESORTS, et al.          Jeanette López de VICTORIA

Defendants
===================================================================

PRETRIAL CONFERENCE is held. There are no motions pending. The parties are ready for trial

Jury trial is set for **August 14, 2000 at 9:00 A.M.** Estimated trial length is four days.

A final Pretrial/Settlement Conference is set for **August 7, 2000 at 4:00 P.M.**

_____
COURTROOM DEPUTY

s/c: Counsel of Record
    Jury Clerk