# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

SHAMSAY HABEEB, et al.,

    Plaintiffs,

        v.                    CIVIL NO. 97-2537 (DRD)

MARRIOTT P.R. MANAGEMENT
CORP., et al.,

    Defendants.

---

| ORDER |
|-------|

The Parties filed a Joint Stipulation for Voluntary Dismissal of all Claims with Prejudice (Docket No. 33). The Court, pursuant to FED. R. CIV. P. 41(a)(2), **GRANTS** the Parties' motion (Docket No. 33) and, therefore **DISMISSES** this case **WITH PREJUDICE**.
The Parties' Motion Requesting that Document be Filed Under Seal (Docket No. 34) is hereby **GRANTED**. The Confidential Settlement Agreement will remain under seal until otherwise ordered by the Court. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: August 17, 2000

                            **DANIEL R. DOMINGUEZ**
                            **U.S. DISTRICT JUDGE**

N:\99-1288.WPD

| Rec'd: | EOD: |
|--------|------|
| By: | # 36 |