UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SHAMSAY HABEEB, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　CIVIL NO. 97-2537 (DRD)

MARRIOTT P.R. MANAGEMENT
CORP., et al.,

    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITH PREJUDICE**.
**IT IS SO ADJUDGED AND DECREED.**

Date: August 24, 2000

N:\99-1288.WPD

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:　　　EOD:

By: # 37